CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ABDUL-MU'MIN, a.k.a. TRAVIS JACKSON MARRON, | CASE NO. 7:13CV00588 |
| Plaintiff, | |
| v. | FINAL ORDER |
| KINCAID, et al., | By: Glen E. Conrad |
| Defendant(s). | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 19th day of February, 2014.

_/s/ Glen Conrad_
Chief United States District Judge