CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 17 2014

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ABDUL MU'MIN, a.k.a. TRAVIS JACKSON MARRON, | CASE NO. 7:13cv00588 |
| Plaintiff, | |
| v. | ORDER |
| K. L. SIMMONS, ET AL., | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for reconsideration (ECF No. 20) is hereby **DENIED**.

ENTER: This 17th day of March, 2014.

_____
Chief United States District Judge